IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A BUDGET MOBILE CELLULAR TELEPHONE BEARING IMEI 356736033813238, AND AN HTC CELLULAR TELEPHONE RECOVERED FROM A SILVER LEXUS SEDAN ON APRIL 27, 2016. | 16  487 M<br><br>Magistrate No. _____ |

MOTION TO SEAL SEARCH WARRANT  16  488 M

AND NOW comes the United States of America by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Conor Lamb, Assistant United States Attorney for said District and respectfully moves the Court to issue an Order directing that any and all papers filed in the above-captioned matter, and the within Motion and Order to Seal, be sealed pending further Order of Court. In support of this Motion, it is respectfully submitted that the facts contained in these papers pertain to matters concerning an ongoing criminal investigation and the publication of said information would compromise the investigation.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By:   *Conor Lamb*
      CONOR LAMB
      Assistant U.S. Attorney
      PA ID No. 304874